February 11, 2005

Mr. Anatole Robert Barnstone
Law Office of Anatole Barnstone
3660 Stone Ridge Road, Suite B-102
Austin, TX 78746-7760

Mr. D. Bradley Dickinson
Dickinson & Associates, P.C.
4849 Greenville Avenue, Suite 1520
Dallas, TX 75206
Mr. Glenn Sodd
Dawson & Sodd, P.C.
P. O. Box 837
Corsicana, TX 75151

RE: Case Number: 03-0655
 Court of Appeals Number: 12-01-00258-CV
 Trial Court Number: 4209

Style: MARY R. DILLARD, INDIVIDUALLY AND AS COMMUNITY SURVIVOR OF THE
 ESTATE OF KENNETH LEWIS DILLARD, DECEASED, AND MARY R. DILLARD, A/N/F
 FOR KIMBERLY DILLARD, A MINOR
 v.
 TEXAS ELECTRIC COOPERATIVE AND STEPHEN PAUL BUMSTEAD

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Janice |
| |Staples |
| |Ms. Cathy S. |
| |Lusk |